# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00113-CV

**Monocoque Diversified Interests, LLC, Appellant**

**v.**

**InterTex Enterprises, LLC, Appellee**

---

### FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-22-002092, THE HONORABLE MARIA CANTÚ HEXSEL, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Monocoque Diversified Interests, LLC, has filed Appellant's Motion to Voluntarily Dismiss Appeal and represents that appellee InterTex Enterprises, LLC is not opposed to the relief requested. We grant the motion and dismiss this appeal. Tex. R. App. P. 42.1(a)(1).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Dismissed on Appellant's Motion

Filed: April 26, 2024